WRIT ISSUED

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | No.  4:21 CR 00095 RWS JMB |
| ) | |
| FRANKLIN CLARK, ) | |
| ) | |
|     Defendant. ) | |

**APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

Comes now the United States of America, by Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, through Kourtney M. Bell, Assistant United States Attorney for said District, and informs the Court that the Defendant is to be tried in the above cause, and that he is to appear before a United States Magistrate Judge for the Eastern District of Missouri, forthwith, for an Initial Appearance, and at any other times and dates.   Defendant is currently confined in the Northeast Correctional Center, in the custody of the Superintendent.

WHEREFORE, your petitioner prays this Court to issue a writ of habeas corpus ad prosequendum to allow for removal of Defendant from such institution and custody, by the United States Marshal Service or any other authorized officer/agent, to bring defendant before a United States Magistrate Judge for the above proceedings; and upon completion of such proceedings to return the Defendant to the custody of the Superintendent.

                                                                        SAYLER A. FLEMING
                                                                        United States Attorney

                                                                        *s/Kourtney M. Bell*
                                                                        KOURTNEY M. BELL, #300171CA
                                                                        Assistant United States Attorney

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Eastern Division of the | ) |
| Eastern District of Missouri | ) |

I, Kourtney M. Bell, declare under penalty of perjury, pursuant to Title 28, United States Code, Section 1746, that the foregoing Application for Writ of Habeas Corpus Ad Prosequendum is based upon statements furnished to me and that the contents therein are true and correct to the best of my knowledge and belief.

       *s/Kourtney M. Bell*
       KOURTNEY M. BELL, #300171CA
       Assistant United States Attorney

TO THE CLERK OF THE DISTRICT COURT:

You are hereby ordered to issue the Writ of Habeas Corpus Ad Prosequendum as prayed for in the foregoing application.

       /s/  David D. Noce    06/01/2021
       HONORABLE DAVID D. NOCE
       UNITED STATES MAGISTRATE JUDGE