## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:21-CR-95 RWS |
| ) | |
| FRANKLIN CLARK, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT FRANKLIN CLARK'S
## NOTICE REGARDING PRESENTATION OF TESTIMONY AT SENTENCING

COMES NOW Defendant Franklin Clark, by and through his attorney, James W. Schottel, Jr., and, pursuant to this Court's November 4, 2021 Order, states that he will not be presenting testimony of witnesses at sentencing.

Respectfully submitted,

SCHOTTEL & ASSOCIATES, P.C.

BY: s/*James W. Schottel, Jr.*
  James W. Schottel, Jr.   #51285MO
  906 Olive St., PH
  St. Louis, MO 63101
  (314) 421-0350
  (314) 421-4060 facsimile
  jwsj@schotteljustice.com

  Attorney for Defendant
  Franklin Clark

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 1, 2022, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

        Kourtney M. Bell
        kourtney.bell@usdoj.gov

        Attorney for Plaintiff
        United States of America


        s/*James W. Schottel, Jr.*